B 3B (Official Form 3B) (12/07) -- Cont.

# UNITED STATES BANKRUPTCY COURT

Norther District of Illinois

In re: Deborah L. Kenny/  
Debtor(s)

Case No. 10B27741

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$74.75 on or before 8/26/10  
$74.75 on or before 9/6/10  
$74.75 on or before 9/20/10  
$74.75 on or before 10/21/10

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ am/pm at _____.  
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: AUG 13 2010

BY THE COURT:  
_____  
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                              )
                                    )
Deborah L. Kenny,                   )    Bankruptcy No.  10 B 27741
       Debtor.                      )

## CERTIFICATE OF MAILING

      I, <u>Lester Smith</u>, hereby certify that on <u>August 16, 2010</u>, I caused to be served via First Class Mail copies of the attached <u>Order On Debtor's Application For Waiver Of The Chapter 7 Filing Fee</u> to the party named below.

Deborah L. Kenny
1534 Lakeview Drive
Apt 310
Darien, IL 6056

By: _____
    Relief Courtroom Deputy